ORIGINAL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x  Civil Action No.: CV-05-739(FB) (VVP)

UNITED STATES OF AMERICA, §
§
          Plaintiff, §
  - against- §
§
JOSE ESPINOSA, §
§
          Defendant. §
-----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 2 4 2005 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Jose Espinosa failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Jose Espinosa:

**Claim No. C-96955W**

| | |
|---|---|
| Principal Balance: | $4,264.95 |
| Total Interest Accrued at 9.130%: | $4,715.74 |
| Filing and Service of Process: | $250.00 |
| Subtotal: | $9,230.69 |

**Claim No. C-96956W**

| | |
|---|---|
| Principal Balance: | $2,641.09 |
| Total Interest Accrued: | $1,671.84 |
| Subtotal Owed: | $4,312.93 |
| Interest Rate: | 8.000% |
| Grand Total of all claims: | $13,543.62 |
| Attorney's Fees: | $750.00 |
| Total Owed: | $14,293.62 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
5/23, 2005

Frederic Block
United States District Judge